No. 79–1711. MIDDLESEX COUNTY SEWERAGE AUTHORITY ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79–1754. JOINT MEETING OF ESSEX AND UNION COUNTIES *v.* NATIONAL SEA CLAMMERS ASSN. ET AL;

No. 79–1760. CITY OF NEW YORK ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL.; and

No. 80–12. ENVIRONMENTAL PROTECTION AGENCY ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 917.] Motion of petitioners in No. 79–1754 for additional time for oral argument and for designation of counsel to argue on behalf of the nonfederal parties denied. Motion of petitioners in No. 79–1711 for designation of counsel to argue on behalf of the nonfederal parties denied.

No. 79–1777. COMPLETE AUTO TRANSIT, INC., ET AL. *v.* REIS ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 898.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 79–1944. J. TRUETT PAYNE Co., INC. *v.* CHRYSLER MOTORS CORP. C. A. 5th Cir. [Certiorari granted, *ante,* p. 819.] Motion of Cessna Aircraft Co. for leave to file a brief as *amicus curiae* granted.

No. 80–180. MCDANIEL ET AL. *v.* SANCHEZ ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 898.] Motions of Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted.

No. 80–429. COUNTY OF WASHINGTON, OREGON, ET AL. *v.* GUNTHER ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 950.] Motion of American Society for Personnel Administration for leave to file a brief as *amicus curiae* granted.